AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

Ann Guarini

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05cv10690 RGS

TO: (Name and address of Defendant)

Ann Guarini
6 Temple Drive
Methuen, MA 01844

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  APR 07 2005

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

May 4, 2005

I hereby certify and return that on 5/2/2005 at 11:30AM I served a true and attested copy of the summons, complaint, case cover sheet and corporate disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of ANN GUARINI, 6 Temple Drive, Methuen, MA 01844 and by mailing 1st class to the above address on 5/2/2005. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($3.00), Copies ($10.00) Total Charges $48.90

Deputy Sheriff Larry Giordano

*Deputy Sheriff*

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
         Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.