**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc** ) | Case No.: 1:05-CV-10690 RGS |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **WITH PREJUDICE** |
| ) | |
| **Ann Guarini** ) | |
| ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint with prejudice and without cost to either party.

                    Respectfully Submitted for the Plaintiff,
                    Comcast of Massachusetts I, Inc
                    By Its Attorney,

7/25/2005                     /s/ John M. McLaughlin
Date                            John M. McLaughlin
                                **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                77 Pleasant Street
                                P.O. Box 210
                                Northampton, MA 01061
                                Telephone: (413) 586-0865
                                BBO No. 556328

## **CERTIFICATE OF SERVICE**

     I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 25th day of July, 2005, a copy of the foregoing was mailed first class to:

Ann Randazzo, Esq.
Merrimack Place
184 Pleasant Valley Street, 2-101
Methuen, MA 01844

                                                   /s/ John M. McLaughlin
                                                   John M. McLaughlin, Esq.